ter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board (Robinson),* —— Pa. ——, 67 A.3d 1194 (2013). The Petition for Supersedeas is **DENIED.**

**CITY OF PITTSBURGH and UPMC Benefit Management Services, Inc., Petitioners**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MARI-NACK), Respondent.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

### ORDER

PER CURIAM.

AND NOW, this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board*

*(Robinson),* —— Pa. ——, 67 A.3d 1194 (2013).

**CITY OF PITTSBURGH and UPMC Benefit Management Services, Inc., Petitioners**

v.

**WORKERS' COMPENSATION APPEAL BOARD (DARWIN), Respondent.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

### ORDER

PER CURIAM.

AND NOW, this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board*

*(Robinson)*, —— Pa. ——, 67 A.3d 1194 (2013).

GRAYSTONE ACADEMY CHARTER SCHOOL, Appellant

v.

STATE CHARTER SCHOOL APPEAL BOARD and Coatesville Area School District, Appellees.

No. 69 MAP 2013.

Supreme Court of Pennsylvania.

Dec. 11, 2013.

### ORDER

PER CURIAM.

AND NOW, this 11th day of December, 2013, the Notice of Appeal is dismissed as moot based upon this Court's October 11, 2013 order denying the Appellant's Emergency Petition for Review, which was docketed at 140 MM 2013.

Gerald W. HORTON and Susan M. Horton, Husband and Wife,

v.

WASHINGTON COUNTY TAX CLAIM BUREAU and E.D. Lewis.

Appeal of E.D. Lewis.

Supreme Court of Pennsylvania.

Argued April 9, 2013.

Decided Dec. 16, 2013.